UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID SHEPHARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15-CV-1563 CAS |
| ROBERT A. BREEZA, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on plaintiff's Motion for Default Judgment that purports to have been filed pursuant to "Rule 55(a), Rule 55(b) of Missouri [sic] Rules of Civil Procedure." The motion must be denied without prejudice because an entry of default from the Clerk of the Court pursuant to Fed. R. Civ. P. 55(a) is a prerequisite to and must precede the grant of a default judgment under Rule 55(b). See Johnson v. Dayton Elec. Mfg. Co., 140 F.3d 781,783 (8th Cir. 1998); 10 Wright, Miller and Kane, Federal Practice and Procedure: Civil 2d §§ 2682 at 406, 2683 at 413 (1983).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion for Default Judgment is **DENIED without prejudice**. [Doc. 7]

                                                        _____
                                                        **CHARLES A. SHAW**
                                                        **UNITED STATES DISTRICT JUDGE**

Dated this  7th  day of December, 2015.